# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|   DONNIE OWENS and ) | |
|   CHRISTINA OWENS, ) | Case No. 22-70347 |
| ) | |
|   Debtors. ) | Chapter 13 |

## TRUSTEE'S MOTION OBJECTING TO DISCHARGE PURSUANT TO 1328(f)

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Ken Siomos, and for her Motion Objecting to Discharge pursuant to 1328(f) states as follows:

1. On June 7, 2022, the Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. The Debtors previously filed a petition under Chapter 7 on November 9, 2020 (case 20-71218).

3. The Debtors received their discharge in that case on March 3, 2021.

4. Having received a discharge in a Chapter 7 case filed within four years of this case, the Debtors are not eligible for a discharge in this case.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee prays that the Court enter an Order denying the Debtors' discharge in this case pursuant to 1328(f).

                                          Respectfully Submitted by
                                          Marsha L. Combs-Skinner,
                                          Chapter 13 Standing Trustee

                                          By: /s/ Ken Siomos
                                              Staff Attorney
                                          Marsha L. Combs-Skinner
                                          Chapter 13 Standing Trustee
                                          Central District of Illinois
                                          108 S. Broadway, P.O. Box 349

Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Ken@ch13cdil.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon, John L. Greenleaf, Jr., Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on June 27, 2022, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Donnie Owens
Christina Owens
115 Philips Drive
Decatur, Il 62521

/s/ Ken Siomos
Staff Attorney