Form cnclhrg(cancelhrg)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Donnie Owens and Christina Owens
*Debtor*

*Case No.:* 22−70347

*Chapter:* 13

## NOTICE OF CANCELLATION OF HEARING

*Notice is hereby provided*

The hearing scheduled for **07/21/22**, re: Trustee's Motion Objecting to Debtors' Discharge has been cancelled and will not be reset .

*Dated:* 7/7/22

　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:                                                                                               Case No. 22-70347-mpg
Donnie Owens                                                                                    Chapter 13
Christina Owens
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-3      User: admin      Page 1 of 2
Date Rcvd: Jul 07, 2022      Form ID: cnclhrg      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Donnie Owens, Christina Owens, 115 Philips Drive, Decatur, IL 62521-5419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:

**Name**      **Email Address**

James Donald major
     on behalf of Creditor Bank United N.A. jmajor@rsmalaw.com bankruptcy@rsmalaw.com

James M Philbrick
     on behalf of Creditor Prestige Financial Services Inc. jamesphilbrick@worldnet.att.net

John L GreenLeaf, Jr
     on behalf of Joint Debtor Christina Owens GreenLeafLaw@comcast.net

John L GreenLeaf, Jr
     on behalf of Debtor Donnie Owens GreenLeafLaw@comcast.net

Kenneth Takis Siomos
     on behalf of Trustee Marsha L Combs-Skinner ken@ch13cdil.com

Marsha L Combs-Skinner
     marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com

U.S. Trustee
                USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 7