# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name: Donnie Owens  Case No. 22-70347
Christina Owens

Appearances at First Meeting: John L. Greenleaf, Jr., Attorney for the Debtor

## Plan Information

| | | |
|---|---|---|
| X Plan | | Amended Plan |
| Plan Payment: | | $658.50 for 60 months |

| | | |
|---|---|---|
| Plan Term: | 60 months | Approx. 0.00% Plan |
| Priority Creditors | $ | 3,833.00 |
| Arrearage | $ | 6,000.00 |
| Secured Creditors | $ | 22,783.18 |
| Special Unsecured | $ | - |
| General Unsecured | $ | (57.18) |
| Attorney Fee | $ | 3,000.00 |
| Trustee Fee | $ | 3,951.00 |
| Total Plan | $ | 39,510.00 |
| Wage Deduction | Yes | X No |

## Means Test Information

| | | |
|---|---|---|
| Over Median | X | Under Median |
| X | Income Verified | |
| X | Form 122C-2 approved by Trustee | |
| | Form 122C-2 contested by Trustee | |
| | Income | Standard Deductions |
| | Additional Expense Deductions | |
| | Debt Payment | |
| | Amended Form 122C-2 to be filed | |

| | |
|---|---|
| Line 45-Mo. Disposable Income: | $ - |
| Sixty Month Total: | $ - |
| Total Plan Distribution to Unsecured Creditors: | $ (57.18) |
| Estimated General Unsecured: | $ 25,805.00 |

Direct Payments: Carrington Mortgage for residence, arrears in Plan, claim not filed, August 16, 2022 is claims date

Prestige in Plan as cram down, creditor filed objection alleging 910 status; Plan/Sch B say 2000, car is 2019

Other: IRS, IDOR priority claims higher than in Plan, both allege unfiled 2020

IRS, IDOR priority should be listed just once in Plan once final priority amount is determined

## Trustee Recommendations

___ Confirm Plan as filed
___ Confirm Plan with the following Changes:

X  Amended Plan to be filed within 28 days
___ Amended Schedule _____ to be filed within ___ days
___ Request Confirmation Hearing
   *Feasibility*   *Best Interest of Creditors Test*   *Valuation of Collateral*
   *Excess Disposable Income*   *Other:*
   28 days for pay advice showing raise

Signed: /s/ Ken Siomos  Dated: 7/25/2022
Ken Siomos, Staff Attorney