IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DONNIE OWENS and | ) | NO. 22-70347 |
| CHRISTINA OWENS | ) | |
| Debtors. | ) | Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 07, 2022**,** a copy of the First Amended Chapter 13 Plan was mailed by regular United States mail to all interested parties listed below.

       See attached matrix

And served electronically on:

 U.S. Trustee

Chapter 13 Trustee, Marsha L Combs-Skinner


Dated: October 07, 2022

                                          BY: JOHN L. GREENLEAF, JR., Attorney

                                          /s/ John L. GreenLeaf, Jr.
                                          JOHN L. GREENLEAF, JR.
                                          2456 North Main Street
                                          Decatur, IL 62526
                                          Telephone:  (217) 422-2771
                                          Email: GreenLeafLaw@comcast.net

```
Label Matrix for local noticing            PRA Receivables Management, LLC          Springfield
0753-3                                     PO Box 41021                             226 US Courthouse
Case 22-70347                              Norfolk, VA 23541-1021                   600 E Monroe Street
Central District of Illinois                                                        Springfield, IL 62701-1626
Springfield
Fri Oct  7 10:23:27 CDT 2022

Ameren                                     Ameren Illinois                          (p)AMERICOLLECT INC
2655 N. Martin Luther King Jr. Drive       2105 E State Route 104                   PO BOX 2080
Decatur, IL 62526-2473                     Pawnee, IL 62558-4685                    MANITOWOC WI 54221-2080


Bank United N.A.                           Capital One                              Carrington Mortgage
c/o Carrington Mortgage Services, LLC      PO Box 6492                              PO Box 3489
1600 South Douglass Road                   Carol Stream, IL 60197-6492              Anaheim, CA 92803-3489
Anaheim, CA 92806-5948


City of Decatur                            Collection Attorney Holmes Dental Associ Comcast
1 Gary K. Anderson plaza                   10 Heartland Drive                       C/O Credit management PO Box 118288
Decatur, IL 62523-1164                     Bloomington, IL 61704-7741               Carrollton, TX 75011-8288


Consumer collection Management             Credit Acceptance                        Decatur Memorial Hospital
Attn: Bankruptcy PO Box 1839               PO BOX 551888                            2300 N Edwards Street
Maryland Heights, MO 63043-6839            Detroit, MI 48255-1888                   Decatur, IL 62526-4192


HSHS Medical Group                         Ideal Auto Sales                         (p)ILLINOIS DEPARTMENT OF REVENUE
2965 North Main suite F                    3010 Grand Prix Drive                    BANKRUPTCY UNIT
Decatur, IL 62526-4392                     Decatur, IL 62526-2199                   PO BOX 19035
                                                                                    SPRINGFIELD IL 62794-9035


(p)INTERNAL REVENUE SERVICE                (p)JEFFERSON CAPITAL SYSTEMS LLC         LVNV Funding, LLC
CENTRALIZED INSOLVENCY OPERATIONS          PO BOX 7999                              Resurgent Capital Services
PO BOX 7346                                SAINT CLOUD MN 56302-7999                PO Box 10587
PHILADELPHIA PA 19101-7346                                                          Greenville, SC 29603-0587


MCCI                                       Orkin                                    Prestige Finance
306 W Eldorado St                          3651 S 6th street, Frontage road         351 Opportunity Way
Decatur, IL 62522-2110                     Springfield, IL 62703-4746               Draper, UT 84020-1399


Prestige Financial Services                Pro com services                         St Mary's Hospital
BANKRUPTCY DEPT                            PO BOX 202                               1800 E. Lake Shore Drive
PO BOX 26707                               Springfield, IL 62705-0202               Decatur, IL 62521-3883
SLC, UT 84126-0707


St Marys hospital                          U.S. Trustee                             WORLD ACCEPTANCE CORPORATION
1800 E lakeshore                           Office Of Nancy J. Gargula U.S. Trustee  Attn: Bankruptcy Processing Center
Decatur, IL 62521-3883                     401 Main St #1100                        PO Box 6429
                                           Peoria, IL 61602-1241                    GREENVILLE, SC 29606-6429
```

| | | |
|---|---|---|
| credit management Control<br>Attn: Bankruptcy PO BoX 1654<br>Green Bay, WI 54305-1654 | (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | terminx<br>4310 W main street<br>Decatur, IL 62522-1133 |
| world finance<br>2201 E Eldorado St<br>Decatur, IL 62521-1590 | Christina Owens<br>PO Box 2244<br>Decatur, IL 62524-2244 | Donnie Owens<br>PO Box 2244<br>Decatur, IL 62524-2244 |
| John L GreenLeaf Jr<br>GreenLeaf Law Office, Ltd.<br>2456 North Main Street<br>Decatur, IL 62526-4377 | Marsha L Combs-Skinner<br>Chapter 13 Standing Bankruptcy Trustee<br>108 S. Broadway<br>PO Box 349<br>Newman, IL 61942-0349 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect<br>PO Box 1566<br>Manitowoc, WI 54221 | Illinois Department of Revenue<br>Bankruptcy Unit PO Box 19035<br>Springfield, IL 62794 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | state collection service<br>attention bankruptcy PO box 6250<br>53716 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank United N.A. | (u)Prestige Financial Services Inc. | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     2<br>Total                  39 |