Form ostrkbk

# UNITED STATES BANKRUPTCY COURT

226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217−492−4551

| | |
|---|---|
| *In Re:* Donnie Owens and Christina Owens<br>*Debtor* | *Case No.:* 22−70347<br><br>*Chapter:* 13 |

### Order Striking Deficient Document

*Go to www.ilcb.uscourts.gov and click on Judge Gorman's Procedures for
Cases filed in the Springfield Division for additional information.*

**A(n) First Amended Chapter 13 Plan (doc #48)**

**having been filed on 10/7/22 and being deficient for the following reason:**

- ☐ Not signed/Not signed by attorney as required by Rule 9011/Electronic signatures not in proper format
- ☐ Proof of Service not adequate:
  - ☐ Service must be made upon the entire mailing matrix
  - ☐ Service of amended schedule must be made on creditors added by the amended schedule
  - ☐ Service on a corporation must be made per Rule 7004(b)(3)
- ☐ Proof of Service not filed
- ☐ Verified statement required per Rule 2014 missing/incomplete
- ☐ Plan (Amended Plan) not properly captioned/dated
- ☒ Plan (Amended Plan) paragraph 1 A, B and/or C not properly completed
- ☐ Official Form 106Dec or 202 missing or incomplete
- ☐ Official Form 427 − Reaffirmation Agreement Cover Sheet missing/incomplete
- ☐ Chapter 13 plans must be filed using the most current model plan form available on the Court's website per Standing Order dated December 2, 2019.
- ☐ Other:

**IT IS ORDERED** that the above described document is hereby **STRICKEN**.

If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

Dated: 10/7/22

                                                                              /S/   Mary P. Gorman
                                                                                 United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

In re:            Case No. 22-70347-mpg
Donnie Owens         Chapter 13
Christina Owens
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-3      User: admin      Page 1 of 2
Date Rcvd: Oct 07, 2022      Form ID: ostrkbk      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Donnie Owens, Christina Owens, PO Box 2244, Decatur, IL 62524-2244 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Donald major | on behalf of Creditor Bank United N.A. jmajor@rsmalaw.com bankruptcy@rsmalaw.com |
| James M Philbrick | on behalf of Creditor Prestige Financial Services Inc. jamesphilbrick@worldnet.att.net |
| John L GreenLeaf, Jr | on behalf of Joint Debtor Christina Owens GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| John L GreenLeaf, Jr | on behalf of Debtor Donnie Owens GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Kenneth Takis Siomos | on behalf of Trustee Marsha L Combs-Skinner ken@ch13cdil.com |
| Marsha L Combs-Skinner | |

marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com

U.S. Trustee

USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 7