# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|    DONNIE OWENS and ) | |
|    CHRISTINA OWENS, ) | Case No. 22-70347 |
| ) | |
|    Debtors. ) | Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF THE FIRST AMENDED PLAN

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Ken Siomos, and for her Objection to Confirmation of the First Amended Plan states as follows:

1. IDOR continues to show an estimated and unfiled 2020 State tax return.

2. No claim objection has been filed. 11 U.S.C. 1325(a)(9).

3. The Trustee has not received the requested post-petition pay advices showing current income.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee prays that the Court consider the above with respect to the First Amended Plan.

                                                            Respectfully Submitted by

                                                            Marsha L. Combs-Skinner,
                                                            Chapter 13 Standing Trustee

                                                           By: /s/ Ken Siomos
                                                               Staff Attorney
                                                           Marsha L. Combs-Skinner
                                                           Chapter 13 Standing Trustee
                                                           Central District of Illinois
                                                           108 S. Broadway, P.O. Box 349
                                                           Newman, IL 61942
                                                           Telephone: 217-837-9730
                                                           E-Mail: Ken@ch13cdil.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon, John L. Greenleaf, Jr., Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on October 31, 2022, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Donnie Owens  
Christina Owens  
P.O. Box 2244  
Decatur, IL 62524

                                              /s/ Ken Siomos  
                                              Staff Attorney