IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DONNIE OWENS and | ) | NO. 22-70347 |
| CHRISTINA OWENS | ) | |
| Debtors. | ) | Chapter 13 |

**OBJECTION TO CLAIM NO. 5 FILED BY
ILLINOIS DEPARTMENT OF REVENUE**

DONNIE OWENS and CHRISTINA OWENS, Debtors, by JOHN L. GREENLEAF, JR., Attorney for the Debtors in the above-entitled matter, hereby objects to Claim No. 5, filed by the ILLINOIS DEPARTMENT OF REVENUE, and in support thereof states:

1. This case was filed on June 7, 2022 as a Chapter 13 case.

2. ILLINOIS DEPARTMENT OF REVENUE filed Proof of Claim No.5 on July 18, 2022.

3. ILLINOIS DEPARTMENT OF REVENUE Claim No.5 on part 2 of its claim stated that the 2020 tax return had not been filed and they estimated an amount due of $345.00, plus penalty of $41.40, and interest of $10.95.

4. The Debtors filed their 2020 tax return with the Illinois Department of Revenue on May 20, 2022. Said return reflected that they were entitled to a $676.00 refund.

Wherefore, DONNIE OWENS and CHRISTINA OWENS, Debtors, by John L. GreenLeaf, Jr., their attorney, prays that Claim 5 filed by the ILLINOIS DEPARTMENT OF REVENUE be amended as follows:

1

      A.      Claim No.5, Part 2, line for period date of 12/31/2020 should be amended from a tax due to a refund owed of $676.00;

      B.      Claim No. 5 amount listed on Part 2, Line 7 be amended to $4,051.27; and

      C.      Claim No. 5 amount listed on Part 2, Line 12 be amended to $3,125.73.

(X) If you disagree with the objection, you should file a response with the Bankruptcy Court within 30 days from the date of this notice. You must file your response early enough so that the Court will receive it on or before this date. You must serve a copy of your response on the Trustee, the Debtor's attorney and all parties listed on the Certificate of Service, which is attached hereto. ABSENCE OF A TIMELY RESPONSE WILL CONSTITUTE CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.

Date: December 1, 2022

/s/ John L. GreenLeaf, Jr.
John L. GreenLeaf, Jr.,
Attorney for Debtor
REGISTRATION NO. 3121761
2456 North Main St.
Decatur, IL 62526
Telephone: (217) 422-2771
Email: GreenLeafLaw@comcast.net

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing entitled pleading was filed electronically with the United States District Court for the Central District of Illinois, Springfield Division on December 1, 2022, and that electronic notice of such filing and copies of the document were provided on said date, incident to such filing to:

    US Trustee

    Marsha Combs-Skinner, Chapter 13 Trustee

And copies of the foregoing pleading were mailed via the United States Postal Service by depositing the same in the mail on December 1, 2022, addressed as follows:

    Donnie Owens and Christina Owens
    PO Box 2244
    Decatur, IL  62524

    ILLINOIS DEPARTMENT OF REVENUE
    Bankruptcy Unit
    PO Box 19035
    Springfield, IL  62794

                                     /s/ John L. GreenLeaf, Jr.
                                     John L. GreenLeaf, Jr

GREENLEAF LAW OFFICE, LTD.
JOHN L. GREENLEAF, JR.
Counselor at Law
2456 North Main
Decatur, IL  62526
Phone:  (217) 422-2771
GreenLeafLaw@comcast.net