Form svcdef

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

**In Re:** Donnie Owens and Christina Owens
**Debtor**

**Case No.:** 22–70347

**Chapter:** 13

---

**PROOF OF SERVICE DEFICIENCY NOTICE**

**Notice is hereby provided:**

On 12/01/22 a(n) Objection to Claim 5 of Illinois Department of Revenue was filed. This document is deficient for the following reason:

- ☐ No Certificate of Service.

- ☑ Incomplete Certificate of Service:
  Service must be made on the Illinois Attorney General.

- ☐ A Certificate of Service not filed with the original document served must contain a complete caption and specifically identify the document served.

- ☐ Service must be made on all parties included on the mailing matrix.

- ☐ The Certificate of Service must reflect that service was specifically made on those creditors listed on the amended schedule/list of post petition creditors who were added or modified.

- ☐ Service on a corporation must be made on an officer or agent authorized to receive service (BR 9014(b) and 7004(b)(3)).

Please file a certificate of service for this document on or before **12/8/22**. The certificate of service must be captioned properly, and must include the date of service, the name and address of each party served, the method of service, and state what is being served.

The document listed above will not be acted upon until such time as a proper certificate of service is filed.

**Failure to file the certificate of service by the date indicated may result in no action taken on the document, dismissal of the document, or the document may be stricken without further notice.**

Dated: 12/1/22

                                                    /S/ Adrienne D. Atkins
                                                    Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.