**IT IS SO ORDERED.**

**SIGNED THIS: January 27, 2023**

_____
**Mary P. Gorman
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| In re: | Case No: 22-70347 |
| Donnie Owens, | Chapter: 13 |
| Christina Owens, | Hon. Mary P. Gorman |
| Debtors. | |

### ORDER ON MOTION FOR RELIEF FROM STAY

THIS CAUSE coming to be heard on the motion of Bank United N.A. ("Movant"), by and through its attorneys, Randall S. Miller & Associates, LLC, the court having jurisdiction, being advised in the premises, due notice having been given:

IT IS HEREBY ORDERED:

   1. That pursuant to 11 U.S.C. Section 362(d), that Movant is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay so as not to restrain them from exercising non-bankruptcy remedies as to the property commonly known as 115 Phillips Drive, Decatur, IL 62521.
   2. That the Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   3. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay.

###